# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

YUSUF R. BROWN,

        Petitioner

        v.

COURT OF COMMON PLEAS OF
LANCASTER COUNTY,

        Respondent

: No. 177 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.